No. 520.   BROOKLYN UNION GAS CO. ET AL. *v.* FEDERAL POWER COMMISSION ET AL.   C. A. 5th Cir.   Certiorari denied.   MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition.   *Edwin F. Russell* and *Barbara M. Suchow* for Brooklyn Union Gas Co., *Bertram D. Moll* and *Morton L. Simons* for Long Island Lighting Co., *Kent H. Brown* for Public Service Commission of the State of New York, and *William T. Coleman, Jr.,* and *Robert W. Maris* for Philadelphia Gas Works Division of United Gas Improvement Co., petitioners.   *Acting Solicitor General Spritzer, Richard A. Solomon, Peter H. Schiff,* and *Joel Yohalem* for respondent Federal Power Commission, *Phillip D. Endom, Robert E. May,* and *Francis H. Caskin* for respondent Sun Oil Co., *Martin N. Erck, Sherman S. Poland,* and *James D. McKinney* for respondent Humble Oil & Refining Co., *J. P. Hammond, Harold H. Young, Jr., William J. Grove, Carroll L. Gilliam,* and *Philip R. Ehrenkranz* for respondent Pan American Petroleum Corp., *Warren M. Sparks* and *Donald R. Arnett* for respondent Gulf Oil Corp., *J. Evans Attwell* for respondent Austral Oil Co., Inc., and *William K. Tell, Jr., William R. Slye,* and *James D. Annett* for respondent Texaco Inc.

No. 628.   TEXACO INC. ET AL. *v.* FEDERAL POWER COMMISSION ET AL.   C. A. 5th Cir.   Certiorari denied.   MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition.   *William K. Tell, Jr., William R. Slye,* and *James D. Annett* for Texaco Inc., *J. P. Hammond, Harold H. Young, Jr., William J. Grove, Carroll L. Gilliam,* and *Philip R. Ehrenkranz* for Pan American Petroleum Corp., and *Warren M. Sparks* and *Donald R. Arnett* for Gulf Oil Corp., petitioners.   *Acting Solicitor General Spritzer* and *Richard A. Solomon* for respondent Federal Power Commission.